# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WARE COUNTY BOARD OF COMMISSIONERS; WILLIAM INMAN; and CHELSEA THOMAS, individually and as next friend, guardian, and parent of her children, XT and NT,<br><br>    Defendants. | CV 523-072 |

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 5, wherein it notifies the Court that the case has settled, and that Plaintiff wishes to voluntarily dismiss this action with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 8 day of December, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA